*Thursday April 26, 2001*

## MOTION DOCKET

**01–454.    Hughes v. Calabrese.**
In Prohibition. On April 23, 2001, relator filed a motion to strike respondent's memorandum in opposition to relator's motion for reconsideration. It appears to the court that relator's motion to strike is, in substance, a reply to respondent's memorandum in opposition. Whereas S.Ct.Prac.R. XIV(4)(B) prohibits a reply to a memorandum opposing a motion,

IT IS ORDERED by the court, *sua sponte*, that relator's motion to strike be, and hereby is, stricken.